IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS R. MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-15-294-M |
| ) | |
| WINDLE HARDY, ) | |
| Grady County Commissioner, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 17, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling based upon plaintiff's failure to pay the initial partial filing fee or show good cause for the failure to do so. Plaintiff was advised of his right to object to the Report and Recommendation by September 7, 2015. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 13] issued by the Magistrate Judge on August 17, 2015, and

(2) DISMISSES this action without prejudice to refiling based upon plaintiff's failure to pay the initial partial filing fee or show good cause for the failure to do so.

**IT IS SO ORDERED this 15th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE